UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-MJ-03166-Louis

UNITED STATES OF AMERICA

vs.

RIEGEL NICKIUS ALBERT,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   ___Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _x_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
ELI S. RUBIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502535
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9247
Fax (305) 530-7976
Eli.Rubin@usdoj.gov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

RIEGEL NICKIUS ALBERT,

**CRIMINAL COMPLAINT**

CASE NUMBER: 19-MJ-03166-Louis

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 22, 2019, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, RIEGEL NICKIUS ALBERT, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, 500 grams or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(2); and did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, 500 grams or more of a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about July 22, 2019, the defendant, RIEGEL NICKIUS ALBERT, arrived at Miami International Airport aboard American Airlines Flight #1550 from Saint Lucia, West Indies. After being admitted into the United States by U.S. Customs and Border Protection, the defendant presented himself and his luggage to U.S. Customs and Border Protection for examination. During a secondary examination, U.S. Customs and Border Protection Officers discovered six (6) packages of a white powdery substance concealed inside the defendant's two (2) suitcases. Within each suitcase, two (2) packages were concealed inside the wheel-base of the suitcase and one (1) package was concealed inside the handle. A field test of the white powdery substance proved positive for the presence of cocaine. The total estimated weight of the cocaine was approximately .775 kilograms.

IVAN CAMACHO, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

__JULY 23, 2019__ at __Miami, Florida__
Date                    City and State

LAUREN F. LOUIS
__UNITED STATES MAGISTRATE JUDGE__
Name and Title of Judicial Officer          Signature of Judicial Officer